UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>FERDANDO RUIZ-GUZMAN,<br><br>                Defendant. | No. 2:06-CR-02056-EFS-1<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE** |

Before the Court, without oral argument, is Fernando Ruiz-Guzman's pro se Motion to Modify and Reduce Sentence, ECF No. 119. In his motion, Defendant seems to suggest that his revocation sentence in this matter should be reduced, but his arguments pertain to a Guideline calculation conducted in case number 1:16-CR-02034-EFS-1, in which he was convicted and sentenced for being an alien in the U.S. after deportation. The 2016 conviction did serve as the basis for finding that Mr. Ruiz-Guzman violated the terms of his supervised release in the above-captioned matter. However, the 2016 case's Guideline calculation did not — and could not — affect the Guideline range for his revocation sentence in this case. *See* U.S.S.G. § 7B1.4 (determining recommended ranges based only on the grade of violation and original criminal history category).

ORDER - 1

The Court further notes that an appeal is currently pending and Mr. Ruiz-Guzman is still represented by counsel in this matter, John Stephen Roberts, Jr. To the extent that this Court has jurisdiction to hear any motions, such motions must be submitted through counsel. If defense counsel's representation in this matter is limited to the appeal, defense counsel shall immediately inform both Mr. Ruiz-Guzman and the Court of the nature and scope of the representation.

Mr. Ruiz-Guzman also has counsel of record in the 2016 case: Jeremy B. Sporn. If Mr. Ruiz-Guzman wishes, he may consult with counsel for the 2016 case about filing a similar motion that challenges the categorization of his prior offense as a "drug trafficking offense" in case number 1:16-CR-02034-EFS-1. In this case, however, the Court finds that the arguments asserted by Mr. Ruiz-Guzman cannot support a sentence reduction.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Fernando Ruiz-Guzman's pro se Motion to Modify and Reduce Sentence, **ECF No. 119**, is **DENIED.**

2. This case shall remain **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant, all counsel in this case, as well as defense counsel in case number 1:16-CR-02034-EFS-1, Jeremy B. Sporn.

**DATED** this __12th__ day of May 2017.

                                          s/Edward F. Shea
                                          EDWARD F. SHEA
                              Senior United States District Judge