```
                                            FILED IN THE
                                         U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF WASHINGTON

                                           Apr 26, 2018

                                          SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FERNANDO RUIZ-GUZMAN,<br><br>            Defendant. | Nos. 2:06-CR-02056-EFS-1<br>     1:16-CR-02034-EFS-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VOLUNTARILY WITHDRAW § 2255 MOTION** |

On February 13, 2018, Defendant Fernando Ruiz-Guzman filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ECF No. 125.[1] On March 26, 2018, the Court entered an order explaining that the motion was deficient and providing Mr. Ruiz-Guzman with the opportunity to voluntarily withdraw it or file a supplement. *See* ECF No. 126. And on April 23, 2018, Mr. Ruiz-Guzman filed a Motion to Voluntarily Withdraw § 2255 Motion, ECF No. 128.

Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    Defendant's Motion to Voluntarily Withdraw § 2255 Motion, **ECF No. 128 in 2:06-CR-02056-EFS-1 and ECF No. 40 in 1:16-CR-02034-EFS-1**, is **GRANTED**.

    **2.**    **The Clerk's Office** shall administratively terminate Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set

---

[1] Unless indicated otherwise, all record citations are to Case No. 2:06-CR-02056-EFS-1.

ORDER - 1

Aside, or Correct Sentence, **ECF No. 125 in 2:06-CR-02056-EFS-1**.

3. **The Clerk's Office** shall **CLOSE** these files (case Nos. **2:06-CR-02056-EFS-1** and **1:16-CR-02034-EFS-1**) as well as the related civil file, No. **1:18-CV-03028-EFS**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order in both cases, 2:06-CR-02056-EFS-1 and 1:16-CR-02034-EFS-1. The Clerk's Office is further directed to provide copies to Defendant and all counsel in both cases.

**DATED** this ___ 25th ___ day of April 2018.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge